tion by Saul A. Hayim and others against Martin Labe and another. S. F. Frank, for appellants. H. Nathan, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HEALY, Respondent, v. CENTRAL PARK, N. & E. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 3, 1912.) Action by Julia Healy, an infant, against the Central Park, North & East Railroad Company. C. E. Chalmers, for appellant. R. J. Donovan, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HAFFEN et al. v. HUDSON REALTY CO. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Mathias Haffen and others against the Hudson Realty Company. H. Siegrist, for plaintiffs. S. Lachman, for defendant. No opinion. Exceptions overruled, and motion for a new trial denied, with costs. Settle order on notice.

HEILBRUNN v. GERMAN ALLIANCE INS. CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Simon Heilbrunn against the German Alliance Insurance Company of New York. No opinion. Motion granted; question certified. Order filed. See, also, 135 N. Y. Supp. 769.

HEISE, Appellant, v. WELLS, Respondent. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by Annie T. H. Heise against Frank M. Wells, individually, etc. D. B. King, for appellant. W. G. Howell, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HELLER, HIRSH & CO., Respondents, v. GENERAL MFG. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Heller, Hirsh & Co. against the General Manufacturing Company. H. C. Smyth, for appellant. N. D. Stern, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HENGEL, Respondent, v. CROSSTOWN ST. RY. CO. OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) Action by John Hengel, as administrator, etc., against the Crosstown Street Railway Company of Buffalo. No opinion. Judgment and order affirmed, with costs. Motion for reargument and for leave to appeal to Court of Appeals denied. infra.

HENGEL, Respondent, v. CROSSTOWN ST. RY. CO. OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 29, 1912.) Action by John Hengel, as administrator, etc., against the Crosstown Street Railway Company of Buffalo. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. See, also, supra.

HERTER REALTY CO. v. TITLE GUARANTEE & TRUST CO. et al. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Herter Realty Company against the Title Guarantee & Trust Company and others. No opinion. Motion granted, with $10 costs. Order filed.

HERZOG, Appellant, v. HERZOG, Respondent. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Miriam Herzog against Louis Herzog. G. E. Joseph, for appellant. A. Levy, for respondent. No opinion. Order affirmed. Order filed.

HEWLETTS LAND & IMPROVEMENT CO., Respondent, v. BURTON, Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1912.) Action by the Hewletts Land & Improvement Company against Robert L. Burton. No opinion. Order affirmed, with $10 costs and disbursements.

HILL, Respondent, v. MAURER et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Whiteside Hill against Andrew Maurer and others. No opinion. Judgment unanimously affirmed, with costs.

MILLER et al., Respondents, v. PALMER & SINGER MFG. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Clinton H. Miller and others against the Palmer & Singer Manufacturing Company. J. N. Emley, for appellant. C. T. Terry, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HIRSCHBERG, Respondent, v. KRUGER, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1912.) Action by Henry Hirschberg against John L. Kruger. No opinion. Motion to resettle order granted, to the extent that defendant should only pay the $10 costs and $8.08 disbursements, and also disbursements legally incurred to sheriff. See, also, 133 N. Y. Supp. 1126.

In re HITCHCOCK. (Supreme Court, Appellate Division, Second Department. May 24, 1912.) In the matter of the application of Francis R. Hitchcock for a writ of mandamus directed to the officers of the Union Ferry Company of New York & Brooklyn. No opinion. Motion denied, without costs. See, also, 134 N. Y. Supp. 174.